MIRANDA KANE (CABN 150630)
JULIA BREYER (CABN 284706)
KANE+KIMBALL LLP
803 Hearst Avenue
Berkeley, CA 94710
Tel: (510) 704-1400
Email: jbreyer@kanekimball.com
Attorneys for RASHAD CAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 16-00513 JST |
|---|---|
| v. | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| RASHAD CAIN | ) |
| Defendant. | ) |

This matter is currently set for sentencing on December 22, 2017. Additional time is needed, both to accommodate the probation officer's schedule and to obtain records from the Social Security Administration and potentially have Mr. Cain undergo a more comprehensive evaluation of his mental health and cognitive disability. Neither Stephen Meyer, the newly assigned Assistant United States Attorney, nor Probation Officer Brian Casai object to a brief continuance. Accordingly, the parties stipulate that Mr. Cain's sentencing should be continued to February 2, 2018.

IT IS SO STIPULATED.

Dated:   November 13, 2017                            /s/
                                                      JULIA BREYER
                                                      Attorney for Defendant

STIPULATION AND PROPOSED ORDER
[NO. CR 16-00513 JST]

| | |
|---|---|
| Dated: | ALEX G. TSE (CABN 152348)<br>First Assistant United States Attorney<br>Attorney for the United States<br>Acting Under Authority Conferred by 28 U.S.C. § 515 |
| Dated: November 13, 2017 | /s/<br>STEPHEN MEYER<br>Assistant United States Attorney |

## [PROPOSED] ORDER

GOOD CAUSE BEING SHOWN, for the reasons stated above, the Court continues the sentencing of Rashad Cain from December 22, 2017 to February 2, 2018 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: November 14, 2017

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
[NO. CR 16-00513 JST]
3