MIRANDA KANE (CABN 150630)
JULIA BREYER (CABN 284706)
KANE+KIMBALL LLP
803 Hearst Avenue
Berkeley, CA 94710
Tel: (510) 704-1400
Email: jbreyer@kanekimball.com
Attorneys for RASHAD CAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 16-00513 JST |
| v. ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| RASHAD CAIN ) | |
| Defendant. ) | |

    This matter is currently set for sentencing on February 2, 2018. Additional time is needed to complete the comprehensive evaluation of Mr. Cain's mental health and cognitive disability. We seek only a brief two-week continuance, but March 16, 2018 is the Court's first available date for sentencing. Undersigned counsel is not available on February 23, 2018. Neither Assistant United States Attorney Stephen Meyer nor Probation Officer Brian Casai object to the requested continuance. Accordingly, the parties stipulate that Mr. Cain's sentencing should be continued to March 16, 2018.

IT IS SO STIPULATED.

Dated:    January 16, 2018          /s/
                                                                       JULIA BREYER
                                                                       Attorney for Defendant

STIPULATION AND PROPOSED ORDER
[NO. CR 16-00513 JST]

| | |
|---|---|
| | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney |
| Dated: January 16, 2018 | /s/<br>STEPHEN MEYER<br>Assistant United States Attorney |

[PROPOSED] ORDER

GOOD CAUSE BEING SHOWN, for the reasons stated above, the Court continues the sentencing of Rashad Cain from February 2, 2018 to March 16, 2018 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: January 19, 2018

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
*(United States District Court, Northern District of California seal)*

STIPULATION AND ~~PROPOSED~~ ORDER
[NO. CR 16-00513 JST]
3