| | |
|---|---|
| 1 | MIRANDA KANE (CABN 150630) |
| | JULIA BREYER (CABN 284706) |
| 2 | KANE+KIMBALL LLP |
| | 803 Hearst Avenue |
| 3 | Berkeley, CA 94710 |
| | Tel: (510) 704-1400 |
| 4 | Email: jbreyer@kanekimball.com |
| | Attorneys for RASHAD CAIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 16-00513 JST |
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| RASHAD CAIN | ) ) | |
| Defendant. | ) ) ) | |

This matter is currently set for a post-sentencing status conference on December 14, 2018 at 9:30 a.m. Undersigned counsel for Rashad Cain is no longer available on that date and seeks a one-week continuance to December 21, 2018 at 9:30 a.m. Assistant United States Attorney Stephen Meyer does not object to the requested continuance, and also seeks to waive government counsel's appearance for this court appearance. Accordingly, the parties stipulate that Mr. Cain's status conference should be continued to December 21, 2018, and that government counsel's appearance should be waived for this court appearance.

IT IS SO STIPULATED.

Dated: November 15, 2018                                    /s/
                                                                              JULIA BREYER
                                                                              Attorney for Defendant

STIPULATION AND PROPOSED ORDER
[NO. CR 16-00513 JST]

| | |
|---|---|
| | ALEX G. TSE (CABN 152348)<br>United States Attorney |
| Dated: November 15, 2018 | /s/<br>STEPHEN MEYER<br>Assistant United States Attorney |

### [PROPOSED] ORDER

GOOD CAUSE BEING SHOWN, for the reasons stated above, the Court continues the status conference of Rashad Cain from December 14, 2018 to December 21, 2018 at 9:30 a.m. In addition, government counsel's appearance is waived for this court appearance.

**IT IS SO ORDERED**.

Dated: November 15, 2018

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
(Seal: United States District Court, Northern District of California)

STIPULATION AND PROPOSED ORDER
[NO. CR 16-00513 JST]
2